IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN G. ERWIN | PLAINTIFF |
| v. Case No. 1:17-cv-00079-KGB/BD | |
| NANCY A. BERRYHILL, Acting Commissioner,<br>Social Security Administration | DEFENDANT |

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 14). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 14). Accordingly, the Court affirms the final decision of defendant Acting Commissioner Nancy Berryhill and dismisses with prejudice plaintiff Stephen G. Erwin's complaint (Dkt. No. 2).

So ordered this 11th day of February, 2019.

Kristine G. Baker
United States District Judge