IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEPHEN G. ERWIN                                                                                    PLAINTIFF

v.                                        Case No. 1:17-cv-00079-KGB/BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Stephen G. Erwin's complaint is dismissed with prejudice.

So adjudged this 11th day of February, 2019.

*[signature]*

Kristine G. Baker
United States District Judge